IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TRINE C. HYDE, *et al.*, | * | |
| Plaintiffs, | * | |
| | | Civil Action No.: RDB 06-2164 |
| v. | * | |
| ENTERPRISE AMERICA, INC., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of the hearing conducted by this Court on January 12, 2007 in the matter of *Hyde, et al. v. RDA, Inc., et al.*, Civil Action No. RDB 05-317 and the parties' agreement to dismiss this action, IT IS this 12th day of January, 2007, HEREBY ORDERED that:

1. This action is DISMISSED WITH PREJUDICE;

2. Copies of this Order shall be sent to counsel of record; and

3. The clerk of the court shall CLOSE this case.

/s/ *Richard D. Bennett*
Richard D. Bennett
United States District Judge